IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN C. HILEMAN,

**Plaintiff,**

**v.**

LOUIS MAZE, et al.,

**Defendants.**                                        No. 02-CV-4059-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's motion for continuance of the present trial date. (Doc. 199.) The Court, being fully advised in the premises, **GRANTS** Plaintiff's motion. (Doc. 199.) The trial date is reset for Tuesday, February 20, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Signed this 6th day of October, 2006.

/s/      David    RHerndon
**United States District Judge**