IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUSAN C. HILEMAN,**

**Plaintiff,**

v.

**LOUIS MAZE, et al.,**

**Defendants.**                                         No. 02-CV-4059-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's motion for continuance of the present trial date. (Doc. 202.) The Court, being fully advised in the premises, **GRANTS** Plaintiff's motion. (Doc. 202.) The trial date is reset for Tuesday, October 9, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Signed this 2nd day of January, 2007.

/s/        David    RHerndon
**United States District Judge**